UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
FRANCE TELECOM S.A.,                 :
                                     :
            Plaintiff,               :    12 Civ. 4986 (JSR)
                                     :
       -v-                           :    ORDER
                                     :
MARVELL SEMICONDUCTOR, INC.,         :
                                     :
            Defendant.               :
------------------------------------ x

JED S. RAKOFF, U.S.D.J.

     Plaintiff France Telecom S.A. brings this case against defendant Marvell Semiconductor, Inc. ("Marvell") alleging that certain Marvell communications processors infringe U.S. Patent No. 5,446,747. Marvell moved pursuant to 28 U.S.C. § 1404(a) to transfer this case to the Northern District of California. For reasons that will be explained in a forthcoming written opinion, the Court grants Marvell's motion to transfer. The Clerk of the Court is directed to close docket number 19 on the docket of this case and to transfer this case to the Northern District of California.

     SO ORDERED.

Dated: September 17, 2012
       New York, NY

                                 JED S. RAKOFF, U.S.D.J.