**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCE TELECOM S.A.,<br><br>  Plaintiff,<br><br>  v.<br><br>MARVELL SEMICONDUCTOR INC.,<br><br>  Defendants.<br>                                                                 / | No. C 12-04967 WHA<br><br>**ORDER GRANTING AND DENYING *PRO HAC VICE* APPLICATIONS** |

The *pro hac vice* applications of Attorneys LoBue and Polebaum (Dkt. Nos. 48–49) are **GRANTED**. The *pro hac vice* applications of Attorneys Rycroft, Huang, and Nimrod (Dkt. Nos. 43, 45, 51) are **DENIED** for failing to specify membership in good standing of a United States Court or the highest court of another State or the District of Columbia. Merely claiming membership of "the bar of New York" is insufficient under the civil local rules. While the application fees does not need to be paid again, the applications cannot be processed until corrected forms are submitted.

**IT IS SO ORDERED.**

Dated: February 7, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE