Jeffrey M. Fisher (State Bar No. 155284)
  jfisher@fbm.com
Alex Reese (State Bar No. 280530)
  areese@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff
FRANCE TELECOM S.A.

Kevin P.B. Johnson (State Bar No. 177129)
  kevinjohnson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th floor
Redwood Shores, CA 94065
Tel.: (650) 801-5000
Fax.: (650) 801-5100

Attorneys for Defendant
MARVELL SEMICONDUCTOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCE TELECOM S.A., <br><br> Plaintiff, <br><br> vs. <br><br> MARVELL SEMICONDUCTOR, INC., <br><br> Defendant. | Case No. CV-12-04967 (WHA) <br><br> ~~PROPOSED~~ **ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION** |

Plaintiff France Telecom S.A. and Defendant Marvell Semiconductor, Inc. submit this Proposed Order Re Schedule for Claim Construction pursuant to the Court's February 6, 2013 Case Management Order and Reference To Magistrate Judge For Discovery Supervision (*see* D.I. 54, ¶ 3). The parties jointly propose the following schedule for claim construction in this case:

| Event | Proposed Date |
|---|---|
| The parties will exchange a list of claim terms from the '747 Patent to be construed by the Court pursuant to Pat. L.R. 4-1. | April 12, 2013 |
| The parties will exchange preliminary claim constructions and extrinsic evidence pursuant to Pat. L.R. 4-2(a)-(b). | May 3, 2013 |
| The parties will file a Joint Claim Construction and Prehearing Statement pursuant to Pat. L.R. 4-3. | May 17, 2013 |
| The parties will complete claim construction discovery, including discovery of expert opinion (if any) on claim construction pursuant to Pat. L.R. 4-4. | June 7, 2013 |
| France Telecom will serve and file an opening brief and any evidence supporting its claim construction pursuant to Pat. L.R. 4-5(a). | June 14, 2013 |
| Marvell will serve and file a responsive brief and any evidence supporting its claim construction pursuant to Pat. L.R.4-5(b). | June 28, 2013 |
| France Telecom will serve and file a reply brief and any evidence directly rebutting the supporting evidence contained in Marvell's brief pursuant to Pat. L.R. 4-5(c). | July 3, 2013 ~~July 8, 2013~~ **at NOON.** |
| Technical Tutorial | July 10, 2013 at 1:30 p.m. |
| Claim Construction hearing pursuant to Pat. L.R. 4-6. | July 24, 2013 at 1:30 p.m. |

PROPOSED ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION -2- 28399\3536100.1

Respectfully submitted,

Dated: February 8, 2013

FARELLA BRAUN + MARTEL LLP

By: */s/ Jeffrey M. Fisher*
    Jeffrey M. Fisher

Elliot E. Polebaum (*pro hac vice application pending*)
    elliot.polebaum@friedfrank.com
Joseph J. LoBue (*pro hac vice application pending*)
    joseph.lobue@friedfrank.com

FRIED, FRANK, HARRIS, SHIVER AND JACOBSON LLP

801 17th Street NW
Washington, DC 20006
Telephone:  (202) 639-7493
Facsimile:  (202) 639-7003

Attorneys for Plaintiff
FRANCE TELECOM S.A.

| | | |
|---|---|---|
| 1 | Dated: February 8, 2013 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | | By: */s/ Kevin P.B. Johnson*<br>     Kevin P.B. Johnson |
| 4 | | |
| 5 | | Edward J. DeFranco (State Bar No. 165596)<br>   eddefranco@quinnemanuel.com |
| 6 | | Raymond N. Nimrod (*pro hac vice application pending*) |
| 7 | |   raynimrod@quinnemanuel.com<br>Eric Huang (*pro hac vice application pending*) |
| 8 | |   erichuang@quinnemanuel.com |
| 9 | | Krista M. Rycroft (*pro hac vice application pending*) |
| 10 | | kristarycroft@quinnemanuel.com |
| 11 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 12 | | 51 Madison Avenue, 22nd Floor |
| 13 | | New York, NY 10010<br>Tel.: (212) 849-7000 |
| 14 | | Fax.: (212) 849-7100 |
| 15 | | Attorneys for Defendant |
| 16 | | MARVELL SEMICONDUCTOR, INC. |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

~~PROPOSED~~ ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION — - 4 - — 28399\3536100.1

As modified, **ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION**

the above Proposed Order Re Schedule for Claim Construction is approved as the Order Re Schedule for Claim Construction in this case and all parties shall comply with its provisions. [~~In addition, the Court makes the further orders stated below~~:]

IT IS SO ORDERED.

Dated: February 11, 2013.

_____
Honorable William H. Alsup
United States District Judge

ORDER RE SCHEDULE FOR CLAIM
CONSTRUCTION

28399\3536100.1