<div style="text-align:left; vertical-align:middle;">
**United States District Court**
For the Northern District of California
</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCE TELECOM SA, | No. C 12-04967 WHA |
| Plaintiff, | |
| v. | **ORDER GRANTING AND DENYING PRO HAC VICE APPLICATIONS** |
| MARVELL SEMICONDUCTOR INC, | |
| Defendant. | |

The *pro hac vice* applications of Attorneys Huang, Rycroft, and Nimrod (Dkt. Nos. 61–63) are **GRANTED**, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorneys must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the applications will constitute notice to the party.

The *pro hac vice* application of Attorney Dabney (Dkt. No. 60) is **DENIED** for failing to specify membership in good standing of a United States Court or the highest court of another State or the District of Columbia. Merely claiming membership of "the bar of New York" is insufficient under the civil local rules. While the application fees does not need to be paid again, the application cannot be processed until corrected forms are submitted.

**IT IS SO ORDERED.**

Dated:   February 25, 2013.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE