UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCE TELECOM, S.A., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>MARVELL SEMICONDUCTOR, INC., <br><br>　　　　Defendant. | Case No. 12-cv-04967 WHA (NC) <br><br>**ORDER REQUESTING PATENT DISCLOSURES** <br><br>Re: Dkt. No. 70 |

　　　　The parties filed a joint discovery letter brief in which defendant Marvell Semiconductor asserts that plaintiff France Telecom's patent disclosures are insufficient under Patent Local Rule 3. France Telecom argues that its disclosures are sufficiently specific and particular to satisfy Patent Local Rule 3.

　　　　By April 15, 2013 at 12:00 p.m., France Telecom must file in ECF a copy of its Asserted Claims and Infringement Contentions. The Court will hear this issue at the discovery hearing currently set for April 17, 2013 at 1:00 p.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

　　　　IT IS SO ORDERED.

　　　　Date: April 12, 2013

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Nathanael M. Cousins
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge