# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCE TELECOM, S.A., | Case No. 12-cv-04967 WHA (NC) |
| Plaintiff, | **ORDER REQUESTING PROPOSED PROTECTIVE ORDER** |
| v. | Re: Dkt. No. 69 |
| MARVELL SEMICONDUCTOR, INC., | |
| Defendant. | |

The parties seek the Court's assistance in resolving a dispute regarding two terms in the protective order that will govern this patent infringement action but have not provided to the Court a copy of the terms in dispute.  By April 16, 2013 at 5:00 p.m., Marvell must file in ECF a copy the proposed protective order.

IT IS SO ORDERED.

Date: April 16, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge