| | |
|---|---|
| FARELLA BRAUN + MARTEL LLP | QUINN EMANUEL URQUHART & |
| Jeffrey M. Fisher (State Bar No. 155284) | SULLIVAN, LLP |
|  jfisher@fbm.com | Kevin P.B. Johnson (State Bar No. 177129) |
| Alex Reese (State Bar No. 280530) |  kevinjohnson@quinnemanuel.com |
|  areese@fbm.com | 555 Twin Dolphin Drive, 5th floor |
| 235 Montgomery Street, 17th Floor | Redwood Shores, CA 94065 |
| San Francisco, CA 94104 | Tel.: (650) 801-5000 |
| Telephone: (415) 954-4400 | Fax.: (650) 801-5100 |
| Facsimile: (415) 954-4480 | |
| | Attorneys for Defendant |
| Attorneys for Plaintiff | MARVELL SEMICONDUCTOR, INC. |
| FRANCE TELECOM, S.A. | |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCE TELECOM, S.A., | Case No. 12-CV-04967 (WHA) |
| Plaintiff, | ECF CASE |
| - against - | **JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT PURSUANT TO PATENT LOCAL RULE 4-3** |
| MARVELL SEMICONDUCTOR, INC., | |
| Defendant. | |

Pursuant to Patent Local Rule 4-3, Plaintiff France Telecom, S.A. ("France Telecom") and Defendant Marvell Semiconductor, Inc. ("Marvell") (collectively the "Parties") submit this Joint Claim Construction and Prehearing Statement (the "Statement").

### I. Construction of Those Terms on Which the Parties Agree

The Parties have agreed on constructions for the following terms:

| Claim Term | Agreed Construction |
|---|---|
| "source [digital] data element" | data element to be coded by the claimed method |
| "combining" | calculating one or more values from two or more values |
| "temporally interleaving said source data elements" | modifying the order of the source data elements |

### II. Proposed Construction of Disputed Claim Terms

Attached to this Statement as Exhibit A is a chart that provides each party's proposed construction for each of the disputed terms, side-by-side. Exhibit B is a chart that provides France Telecom's proposed constructions with the intrinsic and extrinsic evidence that supports each of France Telecom's proposed constructions. Exhibit C is a chart that provides Marvell's proposed constructions with the intrinsic and extrinsic evidence that supports each of Marvell's proposed constructions. Pursuant to the Court's February 6, 2013 Order, the number of claim terms to be considered at the claim construction hearing is limited to a maximum of six terms.

### III. Anticipated Time Necessary for Claim Construction Hearing

The Parties anticipate that the length of time necessary for the Claim Construction Hearing is approximately two to four hours.

### IV. Witnesses

The Parties do not intend to offer live witness testimony at the Claim Construction Hearing. Each party, however, has identified one expert witness to provide written testimony upon which the parties can rely supporting their proposed constructions.

DATED: May 17, 2013

 /s/ *Joseph J. LoBue*
Jeffrey M. Fisher (State Bar No. 155284)
jfisher@fbm.com
Alex Reese (State Bar No. 280530)
areese@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Tel.: (415) 954-4400
Fax.: (415) 954-4480

Henry C. Lebowitz (admitted *pro hac vice*)
henry.lebowitz@friedfrank.com
FRIED, FRANK, HARRIS, SHRIVER & JACOBSEN, LLP
One New York Plaza
New York, NY 10004
Tel: (212) 859-6600
Fax.: (212) 299-6650

Joseph J. LoBue (admitted *pro hac vice*)
joseph.lobue@friedfrank.com
Elliot E. Polebaum (admitted *pro hac vice*)
elliot.polebaum@friedfrank.com
FRIED, FRANK, HARRIS, SHRIVER & JACOBSEN, LLP
801 17th Street, N.W.
Washington D.C. 20006
Tel.: (202) 639-7000
Fax.: (202) 639-7003

Attorneys for Plaintiff
FRANCE TELECOM S.A.

DATED: May 17, 2013

 /s/ *Eric Huang*
Kevin P.B. Johnson (State Bar No. 177129)
kevinjohnson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th floor
Redwood Shores, CA 94065
Tel.: (650) 801-5000
Fax.: (650) 801-5100

Raymond N. Nimrod (admitted *pro hac vice*)
raynimrod@quinnemanuel.com
Eric Huang (admitted *pro hac vice*)
erichuang@quinnemanuel.com
Krista M. Rycroft (admitted *pro hac vice*)
kristarycroft@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel.: (212) 849-7000
Fax.: (212) 849-7100
QUINN EMANUEL URQUHART
        & SULLIVAN, LLP

Attorneys for Defendant
MARVELL SEMICONDUCTOR, INC.