**EXHIBIT A**

**SIDE-BY-SIDE CHART OF PARTIES' PROPOSED CONSTRUCTIONS**

| Disputed Claim Term | France Telecom's Proposed Construction | Marvell's Proposed Construction |
|---|---|---|
| "convolutional coding" (claim 1) | No construction necessary, or if the Court concludes construction is necessary, "codes that associate to each source data element at least one coded data element which is a combination of the source data element and at least one previous source data element" | calculating an output data element representing current input data and prior input data |
| "systematic convolutional coding" (claim 1) | No construction necessary, or if the Court concludes construction is necessary, "convolutional coding in which the source data elements are transmitted jointly with coded data elements" | convolutional coding where the output includes both the coded data and the current input data |
| "at least two independent and parallel steps of systematic convolutional coding" (claim 1) | No construction necessary, or if the Court concludes construction is necessary, "at least two steps of systematic convolutional coding that are performed in parallel rather than in series, including without limitation as shown in Figures 1 and 2" | at least two separate and distinct steps of systematic convolutional coding, not in series, simultaneously carried out |
| "data element" (claims 1, 10) | No construction necessary, or if the Court concludes construction is necessary, "a single unit of data" | bits (1 or 0) or series of bits (i.e., a sequence of 1s and 0s) to be considered as a block |
| "iterative decoding procedure" (claim 10) | No construction necessary, or if the Court concludes construction is necessary, "a decoding procedure involving repetition of one or more steps with the goal of achieving successively improved results" | process for decoding data by repeating the same sequence of decoding steps |