UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCE TELECOM, S.A., <br><br> Plaintiff, <br><br> v. <br><br> MARVELL SEMICONDUCTOR, INC., <br><br> Defendant. | Case No. 12-cv-04967 WHA (NC) <br><br> **ORDER GRANTING REQUEST FOR LETTER OF REQUEST UNDER HAGUE CONVENTION** <br><br> Re: Dkt. No. 82 |

The parties filed a joint letter brief disputing the necessity and propriety of issuing a letter of request to France to depose Dr. Claude Berrou, inventor of the '747 patent, and seek documents from TDF SAS, a French company who co-owned the '747 patent until April 2012. After considering the letter brief and hearing arguments from the parties, the Court GRANTS Marvell's request for a letter of request.

Marvell has stipulated that if Dr. Berrou testifies voluntarily, it will withdraw its request for his deposition. Marvell and France Telecom must meet and confer further regarding the scope of Marvell's request for documents from TDF SAS. By June 26, 2013, Marvell must submit a proposed order and letter of request.

Any party may object to this order within fourteen days. Fed. R. Civ. P. 72(a).

IT IS SO ORDERED.

Date: June 19, 2013

Nathanael M. Cousins
United States Magistrate Judge

Case No. 12-cv-04967 WHA (NC)
ORDER RE: LETTER OF REQUEST