# Exhibit A

# EXHIBIT A – MATERIALS CONSIDERED

- U.S. Patent No. 5,446,747
- The file history of U.S. Patent No. 5,446,747
- The references cited in U.S. Patent No. 5,446,747
- France Telecom's Complaint
- France Telecom's Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions and cited materials
- France Telecom's Patent L.R. 3-1 Amended Disclosure of Asserted Claims and Infringement Contentions and cited materials
- Marvell's Patent L.R. 3-3 Invalidity Contentions and cited materials
- Marvell's Patent L.R. 4-2 Preliminary Claim Constructions and Extrinsic Evidence and references cited therin (MSIFT40235-40445)
- France Telecom's Patent L.R. 4-2 Preliminary Claim Constructions and Extrinsic Evidence and references cited therein (FT004426-5065)
- Joint Claim Construction and Prehearing Statement Pursuant to Patent Local Rule 4-3
- Transcript of Deposition of Michael David Mitzenmacher, Ph.D., dated June 4, 2013
- Plaintiff's Opening Claim Construction Brief