1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

FRANCE TELECOM, S.A.,

      Plaintiff,

    v.

MARVELL SEMICONDUCTOR, INC.,

      Defendant.

Case No. 12-cv-04967 WHA (NC)

**ORDER RE: LETTER OF REQUEST UNDER HAGUE CONVENTION**

Re: Dkt. No. 90

      After meeting and conferring with France Telecom regarding the scope of its Letter of Request to seek documents from and to depose Dr. Claude Berrou and TDF SAS, Marvell submitted a proposed letter to the Court.  There are a number of typographical errors in the English letter, which the Court has highlighted in the attached version.  Marvell must correct these errors, ensure its French translation does not repeat them, and resubmit the letter by July 9, 2013.

      IT IS SO ORDERED.

      Date: July 2, 2013

                            Nathanael M. Cousins
                            United States Magistrate Judge