| | |
|---|---|
| FARELLA BRAUN + MARTEL LLP<br>Jeffrey M. Fisher (State Bar No. 155284)<br>  jfisher@fbm.com<br>Alex Reese (State Bar No. 280530)<br>  areese@fbm.com<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480<br><br>Attorneys for Plaintiff<br>FRANCE TELECOM, S.A. | Kevin P.B. Johnson<br>  kevinjohnson@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>555 Twin Dolphin Drive, 5th floor<br>Redwood Shores, CA 94065<br>Tel.: 650-801-5000<br>Fax.: 650-801-5100<br><br>Raymond N. Nimrod (*pro hac vice*)<br>  raynimrod@quinnemanuel.com<br>Eric Huang (*pro hac vice*)<br>  erichuang@quinnemanuel.com<br>Krista M. Rycroft (*pro hac vice*)<br>  kristarycroft@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>51 Madison Avenue, 22nd floor<br>New York, NY 10010<br>Tel.: 212-849-7000<br>Fax.: 212-849-7100<br><br>Attorneys for Defendant<br>MARVELL SEMICONDUCTOR, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCE TELECOM, S.A.,<br><br>  Plaintiff,<br><br>vs.<br><br>MARVELL SEMICONDUCTOR, INC.,<br><br>  Defendant. | Case No. 12-CV-04967-WHO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE** |

02815.52057/5695482.1

*France Telecom, S.A. v. Marvell Semiconductor, Inc.*,
3:12-cv-4967-WHO

WHEREAS, Plaintiff France Telecom, S.A., and Defendant Marvell Semiconductor, Inc. ("Marvell," and together with France Telecom, "the Parties") are engaged in discovery;

WHEREAS, the Court entered a Case Management Order on February 6, 2013 (D.I. 54), and the Parties confirmed deadlines for expert discovery in a Joint Case Management Statement on July 12, 2013 (D.I. 101);

WHEREAS, the deadline for serving expert disclosures and reports for issues on which the Parties bear the burden of proof is January 31, 2014, the deadline for serving opposition expert disclosures and reports is February 14, 2014, the deadline for serving reply expert reports is February 21, 2014, and the deadline for completing expert discovery is March 7, 2014;

WHEREAS, the Parties have agreed to seek modification of the case schedule to allow more time for expert reports and expert discovery;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED to by and between the Parties that:

1. The Parties request that the Court modify the schedule for expert discovery as follows:

   a. The deadline for serving expert disclosures and reports for issues on which each Party bears the burden of proof shall be February 14, 2014;

   b. The deadline for serving opposition expert disclosures and reports shall be March 7, 2014;

   c. The Parties shall forgo reply expert disclosures and reports; and

   d. The close of expert discovery shall be March 21, 2014.

**IT IS SO STIPULATED.**

1
2
3   DATED: January 7, 2014                              DATED: January 7, 2014

4   _Joseph J. Lobue_   (signed with consent)           _Eric Huang_
    Jeffrey M. Fisher (State Bar No. 155284)            Kevin P.B. Johnson (State Bar No. 177129)
5   jfisher@fbm.com                                     kevinjohnson@quinnemanuel.com
    Alex Reese (State Bar No. 280530)                   QUINN EMANUEL URQUHART &
6   areese@fbm.com                                      SULLIVAN, LLP
    FARELLA BRAUN + MARTEL LLP                          555 Twin Dolphin Drive, 5th floor
7   235 Montgomery Street, 17th Floor                   Redwood Shores, CA 94065
    San Francisco, CA 94104                             Tel.: (650) 801-5000
8   Tel.: (415) 954-4400                                Fax.: (650) 801-5100
    Fax.: (415) 954-4480
9                                                       Raymond N. Nimrod (admitted *pro hac vice*)
    Henry C. Lebowitz (admitted *pro hac vice*)         raynimrod@quinnemanuel.com
10  henry.lebowitz@friedfrank.com                       Eric Huang (admitted *pro hac vice*)
    James W. Dabney (admitted *pro hac vice*)           erichuang@quinnemanuel.com
11  james.dabney@friedfrank.com                         Krista M. Rycroft (admitted *pro hac vice*)
    FRIED, FRANK, HARRIS, SHRIVER &                     kristarycroft@quinnemanuel.com
12  JACOBSEN, LLP                                       QUINN EMANUEL URQUHART &
    One New York Plaza                                  SULLIVAN, LLP
13  New York, NY 10004                                  51 Madison Avenue, 22nd Floor
    Tel: (212) 859-6600                                 New York, NY 10010
14  Fax.: (212) 299-6650                                Tel.: (212) 849-7000
                                                        Fax: (212) 849-7100
15  Joseph J. LoBue (admitted *pro hac vice*)
    joseph.lobue@friedfrank.com                         Attorneys for Defendant
16  Elliot E. Polebaum (admitted *pro hac vice*)        MARVELL SEMICONDUCTOR, INC.
    elliot.polebaum@friedfrank.com
17  FRIED, FRANK, HARRIS, SHRIVER &
    JACOBSEN, LLP
18  801 17th Street, N.W.
    Washington D.C. 20006
19  Tel.: (202) 639-7000
    Fax.: (202) 639-7003
20
    Attorneys for Plaintiff
21  FRANCE TELECOM S.A.

22
23
24
25
26
27
28  02815.52057/5695482.1                    - 3 -
                                                        *France Telecom, S.A. v. Marvell Semiconductor, Inc.*,
                                                        3:12-cv-4967-WHO

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4 | Dated: __January 10_____, 2014     By: _____*[signature]*_____
                                                 The Honorable William H. Orrick
                                                 United States District Court Judge