| | |
|---|---|
| 1 | Joseph J. LoBue (appearance *pro hac vice*) |
| | Joseph.lobue@friedfrank.com |
| 2 | Elliot E. Polebaum (appearance *pro hac vice*) |
| | Elliot.polebaum@friedfrank.com |
| 3 | James W. Dabney (appearance *pro hac vice*) |
| | James.dabney@friedfrank.com |
| 4 | Fried, Frank, Harris, Shiver and Jacobson LLP |
| | 801 17th Street NW |
| 5 | Washington, DC 20006 |
| | Telephone: (202) 639-7493 |
| 6 | Facsimile: (202) 639-7003 |
| 7 | Jeffrey M. Fisher (State Bar No. 155284) |
| | jfisher@fbm.com |
| 8 | Alex Reese (State Bar No. 280530) |
| | areese@fbm.com |
| 9 | Farella Braun + Martel LLP |
| | 235 Montgomery Street, 17th Floor |
| 10 | San Francisco, CA 94104 |
| | Telephone: (415) 954-4400 |
| 11 | Facsimile: (415) 954-4480 |
| 12 | Attorneys for Plaintiff |
| | FRANCE TELECOM S.A. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCE TELECOM S.A., | Case No. 3:12-cv-04967-WHO |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| MARVELL SEMICONDUCTOR, INC., | |
| Defendant. | |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

PROOF OF SERVICE
CASE NO. 3:12-CV-04967-WHO

- 1 -

28399\4301321.1

I, Greg George, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 235 Montgomery Street, 17th Floor, San Francisco, California 94104. My e-mail address is ggeorge@fbm.com. On April 17, 2014, I served a copy of the following document(s):

**[UNREDACTED] PLAINTIFF'S BRIEF IN SUPPORT OF SUPPLEMENT TO EXPERT DISCLOSURE**

**EXHIBIT 1 TO DECLARATION OF RICHARD KOEHL IN SUPPORT OF PLAINTIFF'S BRIEF IN SUPPORT OF SUPPLEMENT TO EXPERT DISCLOSURE**

**EXHIBIT 2 TO DECLARATION OF RICHARD KOEHL IN SUPPORT OF PLAINTIFF'S BRIEF IN SUPPORT OF SUPPLEMENT TO EXPERT DISCLOSURE**

**EXHIBIT 4 TO DECLARATION OF RICHARD KOEHL IN SUPPORT OF PLAINTIFF'S BRIEF IN SUPPORT OF SUPPLEMENT TO EXPERT DISCLOSURE**

☒ by electronic mail addressed to the email addresses listed below.

| | |
|---|---|
| Kevin P.B. Johnson<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>555 Twin Dophin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Email: kevinjohnson@quinnemanuel.com<br>Attorneys for Defendant Marvell Semiconductor, Inc. | Raymond N. Nimrod<br>Eric Huang<br>Krista M. Rycroft<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue, 22nd Floor<br>NY, NY 10010<br>Email: raynimrod@quinnemanuel.com<br>erichuang@quinnemanuel.com<br>kristarycroft@quinnemanuel.com<br>Attorneys for Defendant Marvell Semiconductor, Inc. |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 17, 2014 in San Francisco, California.

_____
Greg George

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

PROOF OF SERVICE
CASE NO. 3:12-CV-04967-WHO

- 2 -

28399\4301321.1