Kevin P.B. Johnson (Bar No. 177129)
    kevinjohnson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th floor
Redwood Shores, CA 94065
Tel.: 650-801-5000
Fax.: 650-801-5100

Edward J. DeFranco (Bar No. 165596)
    eddefranco@quinnemanuel.com
Raymond N. Nimrod (*pro hac vice*)
    raynimrod@quinnemanuel.com
Eric Huang (*pro hac vice*)
    erichuang@quinnemanuel.com
Krista M. Rycroft (*pro hac vice*)
    kristarycroft@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd floor
New York, NY 10010
Tel.: 212-849-7000
Fax.: 212-849-7100

Attorneys for Defendant
MARVELL SEMICONDUCTOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCE TELECOM S.A., <br><br> Plaintiff, <br><br> vs. <br><br> MARVELL SEMICONDUCTOR, INC., <br><br> Defendant. | Case No. 12-CV-04967 (WHO) <br><br> **DECLARATION OF BRIAN E. MACK IN SUPPORT OF FRANCE TELECOM'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Brian E. Mack, declare as follows:

1. I am an attorney licensed in good standing in the State of California.

2. I am an associate at Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), and I represent Marvell Semiconductor, Inc. ("MSI").

3. I submit this declaration in support of France Telecom's Administrative Motion to File Under Seal Documents ("Administrative Motion") submitted in support of its Brief in Support of Supplement to Expert Disclosure ("France Telecom Brief").  (D.I. 164.)

4. France Telecom's Administrative Motion arose because the Court ordered France Telecom to submit a copy of the expert infringement report of Prof. Michael Mitzenmacher ("Mitzenmacher Report"), and the submission of the France Telecom Brief required France Telecom to provide the Court with certain confidential information.

5. The confidential information that MSI seeks to seal includes: (1) information that has been designated as "Highly Confidential" or  "Highly Confidential – Attorneys' Eyes Only" by MSI pursuant to the Amended Protective Order entered into in this case (D.I. 126) and (2) information that has been designated as "Highly Confidential" or "Highly Confidential – Attorneys' Eyes Only" by France Telecom S.A. ("France Telecom") pursuant to the Amended Protective Order.

6. More specifically, the sealed portions of the France Telecom Brief includes a portion of France Telecom's expert report, which France Telecom has designated "Highly Confidential – Attorneys' Eyes Only."  Those portions describe an internal architecture specification, which MSI has designated  "Highly Confidential – Attorneys' Eyes Only" and details the operation and circuitry of a MSI processor.

7. Exhibits 1 and 2 to the Koehl Declaration in Support of the France Telecom Brief are copies of the Mitzenmacher report, as originally served and as supplemented by France Telecom now.  The report details the operation and circuitry of MSI processors, and also describes in detail source code relating to MSI processors.

8. MSI has endeavored to keep this information confidential, and the public disclosure of such information would put MSI at a competitive disadvantage.

9. MSI does not maintain a claim of confidentiality over Exhibit 4 to the Koehl Declaration.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

April 21, 2014

                                              /s/ *Brian E. Mack*
                                                Brian E. Mack