Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th floor
Redwood Shores, CA 94065
Tel.: 650-801-5000
Fax.: 650-801-5100

Edward J. DeFranco (Bar No. 165596)
   eddefranco@quinnemanuel.com
Raymond N. Nimrod (*pro hac vice*)
   raynimrod@quinnemanuel.com
Eric Huang (*pro hac vice*)
   erichuang@quinnemanuel.com
Krista M. Rycroft (*pro hac vice*)
   kristarycroft@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd floor
New York, NY 10010
Tel.: 212-849-7000
Fax.: 212-849-7100

Attorneys for Defendant
MARVELL SEMICONDUCTOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCE TELECOM S.A.,<br><br>     Plaintiff,<br><br>     vs.<br><br>MARVELL SEMICONDUCTOR, INC.,<br><br>     Defendant. | Case No. 12-CV-04967 (WHO)<br><br>**DECLARATION OF KRISTA M. RYCROFT IN SUPPORT OF MARVELL SEMICONDUCTOR, INC.'S** ***DAUBERT*** **MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF PROF. BRADFORD CORNELL** |

I, Krista M. Rycroft, declare as follows:

   1.   I am an attorney licensed in good standing in the State of New York, and have been

1. admitted *pro hac vice* by the Court in this litigation. (D.I. 64).

2. I am an associate at Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), and I represent Marvell Semiconductor, Inc. ("MSI").

3. I submit this declaration in support of Marvell Semiconductor Inc.'s *Daubert* Motion to Exclude The Opinions and Testimony of Professor Bradford Cornell and Professor Michael Mitzenmacher, which is filed concurrently.

4. **Exhibit 1** is a true and correct copy of an email from Joseph J. LoBue to Eric Huang, dated August 10, 2014 at 11:22 a.m.

5. **Exhibit 2** is a true and correct copy of excerpts from the February 14, 2014 Report of Professor Bradford Cornell, including pages 1, 4, 8, 36-37, 53, and 57. This report was designated by France Telecom as "Highly Confidential-Attorneys' Eyes Only" pursuant to the Amended Protective Order. (D.I. 126).

6. **Exhibit 3** is a true and correct copy of excerpts from the March 18, 2014 Deposition of Bradford Cornell, including pages 1-8, 23-35, 39-41, 59-60, 81, 83-84, 87-89, 91-92, 111, 123-124, 134, 147-148, 182-183, 211-213, 254-255, 264-265, 268, 295-297, and Errata sheet. This transcript is designated "Highly Confidential-Attorneys' Eyes Only" pursuant to the Amended Protective Order. (D.I. 126).

7. **Exhibit 4** is a true and correct copy of excerpts from the January 22, 2014 30(b)(6) and personal Deposition of Erik Johnson, including pages 1-5, 148-149, 184, 248-249, and Errata sheet. This transcript is designated "Highly Confidential-Attorneys' Eyes Only" pursuant to the Amended Protective Order. (D.I. 126).

8. **Exhibit 5** is a true and correct copy of a document entitled "3G Running Royalties" bearing Bates stamp FT045643. This document was marked as Defendant's Deposition Exhibit (DDX) 37 at the January 22, 2014 30(b)(6) and personal Deposition of Erik Johnson. This document was designated by France Telecom as "Highly Confidential-Attorneys' Eyes Only" pursuant to the Amended Protective Order. (D.I. 126).

9. **Exhibit 6** is a true and correct copy of excerpts of a July 24, 2007 letter from Erik Johnson to NEC Electronics Corporation bearing Bates stamp FT043650-FT043651.

10. **Exhibit 7** is a true and correct copy of a document entitled "Blackberry Limited, Specifiied HH Models Unit Sales, Period Jan 2006 to Aug 2012, USA Only" bearing Bates stamp BB_00001. This document is designated "Highly Confidential-Attorneys' Eyes Only" pursuant to the Amended Protective Order. (D.I. 126).

11. **Exhibit 8** is a true and correct copy of the "Declaration of David Matukaitis In Support of Marvell Semiconductor, Inc.'s Motion for Partial Summary Judgment To Limit The Scope Of France Telecom's Asserted Damages Base," dated February 27, 2014. This document was also previously filed with the Court as D.I. 135-18 (unredacted version as D.I. 135-17). This document is designated "Highly Confidential-Attorneys' Eyes Only" pursuant to the Amended Protective Order (D.I. 126).

12. **Exhibit 9** is a true and correct copy of an email from Joseph J. LoBue to Eric Huang, dated August 11, 2014 at 11:11 a.m.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in New York, New York.

August 12, 2014

*/s/ Krista M. Rycroft*
Krista M. Rycroft