1
2
3
4             UNITED STATES DISTRICT COURT
5             NORTHERN DISTRICT OF CALIFORNIA
6

| FRANCE TELECOM S.A., | |
|---|---|
| Plaintiff, | Case No. 12-cv-04967-WHO |
| v. | |
| MARVELL SEMICONDUCTOR INC., | **ORDER JURY REFRESHMENTS** |
| Defendant. | |

**IT IS HEREBY ORDERED** that the United States District Court Jury Commissioner shall furnish daily morning refreshments and pastries for the members of the jury in the above-entitled matter beginning September 17, 2014, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States.  The trial will be held in Courtroom 12, 19th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue. San Francisco, CA 94102.

Dated: September 15, 2014



WILLIAM H. ORRICK
United States District Judge