UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ORRICK          Case No. 12-cv-04967-WHO

CASE NAME: France Telecom S.A. v. Marvell Semiconductor, Inc.

NOTE FROM THE JURY

Note No. 1

Date 9/30/14

Time 2:09 pm

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

Would like recorder notes for these witnesses?
① Dr. Mitzmacher
② Dr. Min

_Cindy Lee_
Foreperson of the Jury

**FILED**

SEP 30 2014

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ORRICK           Case No. 12-cv-04967-WHO

CASE NAME: France Telecom S.A. v. Marvell Semiconductor, Inc.

NOTE FROM THE JURY

Note No. __2__

Date __9/30/14__

Time __4:31__

1. The Jury has reached a unanimous verdict (✓)

or

2. The Jury has the following question:

_____

_____

_____

_____Cindy Lee_____
Foreperson of the Jury

FILED

SEP 30 2014

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA