UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCE TELECOM S.A., <br> Plaintiff, <br> v. <br> MARVELL SEMICONDUCTOR INC., <br> Defendant. | Case No. 12-cv-04967-WHO <br><br> **JUDGMENT** |

Having granted defendant Marvell Semiconductor's motion for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50(b) and having denied plaintiff France Telecom's motion for a new trial pursuant to Federal Rule of Civil Procedure 59, judgment is entered in favor of Marvell Semiconductor.

**IT IS SO ORDERED**.

Dated: March 2, 2015

WILLIAM H. ORRICK
United States District Judge