FARELLA BRAUN + MARTEL LLP
Jeffrey M. Fisher (State Bar No. 155284)
  jfisher@fbm.com
Alex Reese (State Bar No. 280530)
  areese@fbm.com
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

FRIED, FRANK, HARRIS, SHRIVER &
  JACOBSEN, LLP
Joseph J. LoBue (admitted *pro hac vice*)
  joseph.lobue@friedfrank.com
Elliot E. Polebaum (admitted *pro hac vice*)
  elliot.polebaum@friedfrank.com
801 17th Street, N.W.
Washington D.C. 20006
Tel.: (202) 639-7000
Fax.: (202) 639-7003

Attorneys for Plaintiff
FRANCE TELECOM, S.A.

QUINN EMANUEL URQUHART &
  SULLIVAN, LLP
Kevin P.B. Johnson  (State Bar No. 177129)
  kevinjohnson@quinnemanuel.com
555 Twin Dolphin Drive, 5th floor
Redwood Shores, CA 94065
Tel.: 650-801-5000
Fax.: 650-801-5100

QUINN EMANUEL URQUHART &
  SULLIVAN, LLP
Edward J. DeFranco (State Bar No. 165596)
  eddefranco@quinnemanuel.com
Eric Huang (*pro hac vice*)
  erichuang@quinnemanuel.com
Krista M. Rycroft (*pro hac vice*)
  kristarycroft@quinnemanuel.com
51 Madison Avenue, 22nd floor
New York, NY 10010
Tel.: 212-849-7000
Fax.: 212-849-7100

Attorneys for Defendant
MARVELL SEMICONDUCTOR, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCE TELECOM, S.A.,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MARVELL SEMICONDUCTOR, INC.,<br><br>　　　　　　Defendant. | Case No. 12-CV-04967-WHO<br><br>**STIPULATION AND ORDER REGARDING HEARING ON DEFENDANT'S MOTION FOR ATTORNEY'S FEES** |

02815.52057/5695482.1

*France Telecom, S.A. v. Marvell Semiconductor, Inc.*,
3:12-cv-4967-WHO

1   WHEREAS, Defendant Marvell Semiconductor, Inc. ("MSI") filed a motion for
2   attorney's fees (Dkt. 377), noticed for hearing on May 27, 2015 at 2:00 p.m.;
3   WHEREAS, on May 14, 2015, the Court advanced the hearing time for the motion
4   hearing to 10:00 a.m. on May 27, 2015;
5
6   WHEREAS, a conflict has arisen affecting MSI's counsel's ability to argue the motion on
7   May 27, 2015, and MSI conferred with France Telecom and have agreed to a different date on
8   which the Court is available to have the motion heard, June 17, 2015;
9   WHEREAS, no other dates or deadlines will be affected by a change in the motion
10  hearing date;
11  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED to by and between
12  the Parties that:
13
14  The Parties request that the Court reset the motion hearing date and time for June 17,
    2015
15  ~~2014~~ at such time that is convenient for the Court.

16  **IT IS SO STIPULATED.**

17
    DATED:  May 21, 2015                              DATED:  May 21, 2015
18
19    *Joseph J. Lobue*    (signed with consent)        *Eric Huang*

20  Joseph J. LoBue (admitted *pro hac vice*)         Eric Huang (admitted *pro hac vice*)
       joseph.lobue@friedfrank.com                       erichuang@quinnemanuel.com
21  FRIED, FRANK, HARRIS, SHRIVER &                   QUINN EMANUEL URQUHART &
    JACOBSEN, LLP                                     SULLIVAN, LLP
22  801 17th Street, N.W.                             51 Madison Avenue, 22nd Floor
    Washington D.C. 20006                             New York, NY 10010
23  Tel.: (202) 639-7000                              Tel.: (212) 849-7000
    Fax.: (202) 639-7003                              Fax: (212) 849-7100
24
    Attorneys for Plaintiff                           Attorneys for Defendant
25  FRANCE TELECOM S.A.                               MARVELL SEMICONDUCTOR, INC.

26

27

28  02815.52057/5695482.1                  - 2 -
                                                      *France Telecom, S.A. v. Marvell Semiconductor, Inc.*,
                                                                              3:12-cv-4967-WHO

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4  Dated: __May 26__, 2015    By: _____
                                    The Honorable William H. Orrick
                                    United States District Court Judge